## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

SEEKOU LEE,

                         Civil No. 17-645 (JRT/KMM)

                 Petitioner,

v.

                                 **ORDER ON REPORT**

JOE PAGET,                         **AND RECOMMENDATION**

                 Respondent.

Seekou Lee, Ramsey County Adult Detention Center, 425 Grove Street, St. Paul, MN 55101, *pro se* petitioner.

Matthew Frank, Edwin William Stockmeyer, III, **MINNESOTA ATTORNEY GENERAL'S OFFICE,** 445 Minnesota Street, Suite 1800, St Paul, MN 55101-2134, Peter R. Marker, **RAMSEY COUNTY ATTORNEY'S OFFICE,** 345 Wabasha Street North, Suite 120, St Paul, MN 55102-1657for respondent.

A Report and Recommendation was filed by Magistrate Judge Katherine Menendez on July 5, 2017. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Mr. Lee's petition for a writ of habeas corpus (Docket No. 1) is **DENIED AS MOOT** and this matter is **DISMISSED WITHOUT PREJUDICE**.

         **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 25, 2017                           s/John R. Tunheim
at Minneapolis, Minnesota                       JOHN R. TUNHEIM
                                                Chief Judge
                                                United States District Court